[No. 62969-7-I. Division One. August 23, 2010.]

NORTH COAST ELECTRIC COMPANY, *Respondent*, v. ARIZONA ELECTRIC SERVICE, INC., ET AL., *Defendants*, SEATTLE CONSTRUCTION SERVICES, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-35693-1, Glenna Hall, J. Pro Tem., entered January 12, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Spearman, JJ.

[No. 62993-0-I. Division One. August 23, 2010.]

PALMER COKING COAL COMPANY ET AL., *Respondents*, v. KING COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-14133-1, Michael J. Trickey, J., entered February 5, 2009. *Reversed* and *remanded* by unpublished opinion per Leach, A.C.J., concurred in by Ellington and Lau, JJ.

[No. 63207-8-I. Division One. August 23, 2010.]

DOROTHY L. BROWN, *Appellant*, v. BARRY EDWARD BROWN, *Defendant*, BEVERLY ANN HOGG ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-39751-7, Andrea A. Darvas, J., entered February 24, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Lau, J., concurred in by Becker and Appelwick, JJ. Now published at 157 Wn. App. 803.

[No. 63427-5-I. Division One. August 23, 2010.]

JKR, LLC, *Appellant*, v. LINEN RENTAL SUPPLY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-05491-0, Nancy Bradburn-Johnson, J. Pro Tem., entered April 24, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Grosse, J.